GRANITE ASSOCIATES v. LIPPMAN REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by the Granite Associates against the Lippman Realty Company and others.

PER CURIAM. Motion to dismiss appeal denied, on condition that the appellant file a stipulation within five days to the effect that, if successful on the appeal, it will confine its

claim to the proceeds of the sale already had under the judgment of foreclosure, and perfect its appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. Motion to open default granted, without costs.